UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

SECURITIES AND EXCHANGE COMMISSION, :
:
*Plaintiff*, :
v. : No. 1:02-cv-384
: *Edgar*
DIANNA BLAIRTORBETT a/k/a :
DIANNA BLAIR TORBETT a/k/a :
DIANNA BLAIR-TORBETT, INDIVIDUALLY :
and d/b/a MCMINN CONSULTANTS, and :
MCMINN CONSULTANTS, LIMITED, :
:
*Defendants*. :

# J U D G M E N T

In accordance with the accompanying memorandum and order:

## I.
### Disgorgement and Pre-judgment Interest

**IT IS HEREBY ORDERED** that defendant Blair-Torbett shall pay disgorgement in the amount of $5,080,266 representing that portion of the total securities sold by her in the McMinn scheme, and reduced by the amount which she later repaid to the defrauded investors, plus pre-judgment interest thereon at the rate used by the Internal Revenue Service for unpaid collections. Pre-judgment interest owed by Blair-Torbett from December 1, 1999 through February 28, 2005, totals $1,908,784.01. Blair-Torbett shall satisfy this obligation by paying **$6,989,050.01** within **thirty (30) days** from the date of the entry of this Final Judgment.

## II.
### Civil Penalty

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that defendant Blair-Torbett pay a civil penalty pursuant to Section 20(d) of the Securities Act, 15 U.S.C. § t(d)(2)(B), and Section 21(d)(3) of the Exchange Act, 15 U.S.C. 78u(d)(3)(B)(ii). Blair-Torbett

is ordered to pay a civil penalty in the amount of $50,000 to the United States Treasury within thirty (30) days from the date of the entry of this Final Judgment.

**III.**

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that there being no just reason for delay, this Judgment constitutes a **FINAL JUDGMENT** in this action. The Clerk shall close the file.

ENTER this *3rd day of June, 2005*.

*/s/ R. Allan Edgar*
R. ALLAN EDGAR
CHIEF UNITED STATES DISTRICT JUDGE